IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARC D. STEIN,<br>Plaintiff,<br><br>v.<br><br>WESTFIELD INSURANCE COMPANY,<br><br>and<br><br>WESTFIELD COMPANIES<br>Defendants. | CIVIL DOCKET NO.: 98-1714<br>JUDGE LANCASTER |

## ORDER

AND NOW, this 23rd day of November, 2005, it is hereby ORDERED that Defendants' Motion for Voluntary Dismissal pursuant to Federal Rules of Civil Procedure 41(a)(2) and 41(c) is granted. It is FURTHER ORDERED that Defendants, Westfield Insurance Company and Westfield Companies' counterclaims against Plaintiff, Marc D. Stein, are dismissed without prejudice. The Clerk is directed to mark this case closed.

BY THE COURT:

_/s/ Gary L. Lancaster_
Gary L. Lancaster
United States District Judge